June Vivian McDonald, Appellee, v. Clyde D. McDonald, Appellant.

Gen. No. 46,898.

First District, First Division.

June 21, 1956.

Rehearing denied September 11, 1956.

Released for publication September 12, 1956.

Nathan M. Gomberg, for appellant; Sidney D. Missner, and Seymour O. Lacob, of counsel; Philip J. Slotnikoff, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.